# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV05-5133-SVW(JTLx) | Date | June 8, 2009 |
|---|---|---|---|
| Title | John Doe I, et al. v. Nestle, S.A., et al. | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Andrea Keifer | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Terry Collingsworth | Kristin L. Myles |
| | Andrew J. Pincus |
| | Daniel P. Collins |
| | Lee H. Rubin |
| | Craig A. Hoover |

**Proceedings:**     DEFENDANT ARCHER-DANIELS-MIDLAND CO.: NESTLE, U.S.A.; AND CARGILL, INC. MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12 (b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [90] (fld 02/09/09)

    Court and counsel confer. For the reasons stated on the record, the Court orders the following schedule:

| | |
|---|---|
| Plaintiff's Amended Complaint: | June 29, 2009 |
| Defendant's Opposition: | July 9, 2009 |
| Plaintiff's Reply: | July 20, 2009 |
| Hearing: | July 27, 2009 at 1:30 p.m. |

|  | 1 | : | 20 |
|---|---|---|---|
| Initials of Preparer | | | AK |